UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ABRAHAM L. RODRIGUEZ
ALVAREZ,

      Petitioner,

   v.                       Case No.:  2:26-cv-01115-SPC-DNF

WARDEN, SOUTH FLORIDA
DETENTION CENTER *et al.*,

      Respondents.

_____/

## **OPINION AND ORDER**

Abraham L. Rodriguez Alvarez filed this habeas action to challenge the legality of his immigration detention under the Fifth Amendment and *Zadvydas v. Davis*, 533 U.S. 678 (2001).  The Court found no significant likelihood Rodriguez Alvarez would be removed in the reasonably foreseeable future.  But in light of Rodriguez Alvarez's criminal history, the Court gave the government an opportunity to conduct a custody review to determine whether his detention is necessary to protect the public and file a supplemental response addressing the results of the review.  The government did not comply, and Immigration and Customs Enforcement's online detainee locator indicates Rodriguez Alvarez remains detained at Glades County Detention Center. Rodriguez Alvarez is thus entitled to release from detention, but he remains subject to reasonable conditions of supervision.

Accordingly, it is hereby

**ORDERED:**

Abraham L. Rodriguez Alvarez's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED**.

1. The respondents shall release Rodriguez Alvarez within 24 hours of this Order, and they shall give him telephone access so he may arrange transportation from the facility.

2. Within 48 hours of this Order, the respondents shall certify that Rodriguez Alvarez has been released from custody.

3. The Clerk is **DIRECTED** to terminate the pending motions and deadlines as moot, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on June 25, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record